# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MONTRELL SHARPE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | )  CV420-226 |
| ANTOINE CALDWELL, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Court directed petitioner to submit an amended application to proceed *in forma pauperis* and amended petition, after counsel appeared on his behalf. *See* doc. 8. He complied and submitted an amended petition, doc. 11, and paid the required filing fee, *see* docket entry dated July 13, 2021. The materials previously submitted in support of Caldwell's application to proceed *in forma pauperis* are **DISMISSED** as moot. Doc. 2. Having complied with those preliminary requirements, Caldwell's petition is due for service on Respondent.

Pursuant to a Memorandum of Understanding between this Court and the Attorney General of the State of Georgia, effective December 1, 2015, the Attorney General has agreed to accept electronic service of

§ 2254 petitions on behalf of respondents. The Attorney General further agreed that entry of an order to respond on the docket by the Clerk complies with the requirement of service of the petition on the respondent, the Attorney General, or other appropriate officer and that service is accepted once the order is entered.

Respondent is **ORDERED**, within 60 days of this Order's entry on the docket (i.e., within 60 days of service), to file a response and to show cause why the relief sought should not be granted. The answer shall conform to the requirements of Rule 5 of the Rules Governing § 2254 Cases in the United States District Courts. Respondent shall furnish with the answer a copy of any trial transcripts, the transcripts of any state habeas corpus proceedings and orders of the state court denying the writ, and, if the petition appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, a copy of all appellate briefs and of the opinion of the appellate court, if any.

**SO ORDERED**, this 1st day of September, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA