IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MONTRELL SHARPE,                )
                                )
    Petitioner,                 )
                                )
v.                              )   CASE NO. CV420-226
                                )
ANTOINE CALDWELL,               )
                                )
    Respondent.                 )
                                )

ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a petitioner may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."[1] Since the stipulation is signed by both parties, the parties' request (Doc. 20) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.[2] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2nd day of May 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Under Rule 12 of the Rules Governing Section 2254 Cases in the United States District Courts, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."

[2] Respondent's Motion to Dismiss Petition as Untimely (Doc. 15) is also **DISMISSED AS MOOT**.